UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARICAL INC., et al., | ) |
|    Plaintiffs, | ) ) ) |
|            v. | )    1:14-cv-00366-JDL |
| COOKE AQUACULTURE INC., et al., | ) ) ) |
|    Defendants. | ) |

### ORDER AMENDING THE ORDER ADOPTING IN PART THE RECOMMENDED DECISION ON CLAIM CONSTRUCTION

The matter having come before the Court on Plaintiffs MariCal, Inc., Europharma AS, and Europharma Inc. (Canada)'s motion for reconsideration, the Order Adopting in Part the Recommended Decision on Claim Construction (ECF No. 175) is hereby modified as follows: the construction of the term "PVCR agonist" is modified by striking the word "indirectly." For the '379, '792, and '883 patents, the term "PVCR agonist" is construed as' follows:

> A PVCR modulator that alters PVCR expression or sensitivity, by stimulating PVCR responsiveness to PVCR modulators (polyvalent cations), that will increase expression of the PVCR or the sensitivity or responsiveness of the PVCR.

For the '747 patent, the term "PVCR agonist" is construed as follows:

> A PVCR modulator that alters PVCR expression or sensitivity, by stimulating PVCR responsiveness to PVCR modulators (polyvalent cations), that increases and/or decreases expression of the PVCR or the sensitivity or responsiveness of the PVCR.

SO ORDERED.

Dated this 18th day of October 2016.

                                          /s/ Jon D. Levy
                                      U.S. DISTRICT JUDGE